United States Department of Justice
Office of the United States Trustee
1100 Commerce Street
Dallas, Texas 75242
(214) 767-1079
Meredyth A. Kippes,
For the United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Klaas Talsma, | § | Case No. 10-43790-DML-11 |
| Frisia Hartley, LLC, and | § | Case No. 10-43791-DML-11 |
| Frisia Farms, Inc. | § § | Case No. 10-43792-DML-11 |
| Debtors. | § | Jointly Administered. |

### Notice of Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE D. MICHAEL LYNN:

Pursuant to 11 U.S.C. §1102(a)(1), the United States Trustee has appointed the following persons to the Official Unsecured Creditors' Committee in the above-referenced case.

1. Alfred D. Harper
   Veterinarian's Outlet, Inc.
   975 N. Patrick
   Dublin, Texas  76446
   Phone:  (254) 445-3425

2. John Dakers
   Hi Pro Dairy Feeds
   Intersection of Hwy 2A and 306 Ave.
   Okotoks, Alberta T15 1A2
   Phone:  (403) 995-0699

3. Jim Oosterhof
   O and B Farms
   484 FM 2905
   P.O. Box 227
   Hamilton, Texas  76531
   Phone:  254-386-3647

DATED:  June 17, 2010                                        Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

/s/ Meredyth A. Kippes
Meredyth A. Kippes
Texas State Bar No.24007882
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
(214) 767-8967 x260
meredyth.a.kippes@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was sent by regular first class United States mail and/or ECF on June 17, 2010 to the persons listed below and the members of the unsecured creditors committee.

/s/ Meredyth A. Kippes
Meredyth A. Kippes

Klaas Talsma
7469 CR 209
Hico, Texas  76457

Frisia Farms, Inc.
7469 CR 209
Hico, Texas  76457

Frisia Hartley, LLC
7469 CR 209
Hico, Texas  76457

St. Clair Newbern, III
Law Offices of St. Clair Newbern III, P.C.
1701 River Run, Suite 1000
Fort Worth, Texas  76107

Larry Chek
Palmer & Manuel
8305 N. Central Expressway, Suite 1111
Dallas, Texas  75206

John Massouh
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008

Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street Suite 1600
Dallas, Texas  75201

Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, Texas  76094-0430

Michael W. McDonald
Martin, Showers, Smith & McDonald, LLP
P.O. Box 257 (62 West Elm)
Hillsboro, Texas  76645

Stephanie E. Kaiser
McGinnis, Lochridge & Kilgore, LLP
600 Congress Avenue, Suite 2100
Austin, Texas  78701

Gary L. Hacker
Whitten, Hacker, Hagin, Anderson, Allen & Self, P.C.
P.O. Box 208
Abilene, Texas  79604