IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-43790-dml-11 |
| Klaas Talsma | § | |
| d/b/a Klaas Talsma Dairy, d/b/a Frisia Farms | § | |

## NOTICE OF APPERANCE AND REQUEST FOR DUPLICATE NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a),(b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007

COMES NOW, KING LAW OFFICES, PC, pursuant to Bankruptcy Rules 9010(b), 2002(a), (b), 3017(a), 9007, and files this Notice of Appearance and Demand for Service of Papers a an unsecured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any case consolidated herewith, to be given and served upon the undersigned attorneys at the address and telephone number as follows:

Russell W. King
KING LAW OFFICES, PC
19211 S. US HWY 377
Dublin, Texas 76446
(254) 968-8777
(254) 445-2751 Facsimile
kinglaw@kinglaw.us

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or request, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case. KING LAW OFFICES, PC, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or

existing in the above-numbered bankruptcy case.

Dated: June 18, 2010

                            Respectfully submitted,

                            KING LAW OFFICES, P.C.
                            P.O. Box 772
                            Stephenville, TX 76401
                            Tel: (254) 968-8777
                            Fax: (254) 445-2751


                            By: _____/s/_____
                                Russell W. King
                                State Bar No. 11463400

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Duplicate Notice was served on June 18, 2010. Service was accompanied by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL:

Klaas Talsma
d/b/a Klaas Talsma Dairy, d/b/a Frisia Farms
7469 CR 209
Hico, Texas 76457

St. Clair Newbern III
Law Offices of St. Clair Newbern, III, PC
1701 River Run, Suite 1000
Fort Worth, Texas 76107

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

_____/s/_____
Russell W. King