JOSH C. ALLEN
THE ALLEN FIRM, P. C.
Texas Bar No. 24045396
A Texas Professional Corporation
181 South Graham Street
Stephenville, Texas 76401
Tel. (254)965-3185
Fax. (254)965-6539

**Attorney for Creditor**
**VETERINARIAN'S OUTLET, INC.**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE | § | IN PROCCEDINGS UNDER |
| | § | CHAPTER 11 |
| **KLAAS TALMA d/b/a KLAAS TALMA** | § | |
| **DAIRY, dba FRISIA FARMS** | § | Case No. 10-43790-DML-11 |
| **FRISIA FARMS, INC.** | § | Case No. 10-43791-DML-11 |
| **FRISIA HARTLEY, LLC,** | § | Case No. 10-43792-DML-11 |
| | § | |
| **Debtors** | § | Jointly Administered Under |
| | § | Case No. 10-43790-DML-11 |

**NOTICE OF APPEARANCE**

Pursuant to Fed. R. Bankr. P. 2002 and 9007, the undersigned appears for VETERINARIAN'S OUTLET, INC., a party in interest in this case, and requests that all notices given and papers served in this case be given to and served on the undersigned at Josh C. Allen, The Allen Firm, P. C., A Texas Professional Corporation, 181 South Graham Street, Stephenville, Texas 76401.

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests and any other documents brought before this Court in this case.

DATED this 24th day of June, 2010.

                                              Respectfully submitted,

                                              THE ALLEN FIRM, P.C.
                                              A Texas Professional Corporation
                                              181 South Graham Street
                                              Stephenville, Texas 76401
                                              Telephone No.:   (254) 965-3185
                                              Facsimile No.:    (254) 965-6539
                                              E-mail:  jallen@allenlawfirm.com

By:          /s/ Josh C. Allen
            JOSH C. ALLEN
            State Bar No. 24045396

## CERTIFICATE OF SERVICE

I certify that on June 24, 2010 a true and correct copy of Creditor, Veterinarian's Outlet, Inc.'s Notice of Appearance was served to each person listed below by electronic submission.

1) <u>Attorney for Debtors</u>:  St. Clair Newbern, Law Offices of St. Claire Newbern, III, P.C., 1701 River Run, Suite 1000, Fort Worth, Texas 76107;

2) <u>U.S. Trustee</u>:  UST U.S. Trustee, 1100 Commerce, Room 976, Dallas, TX  75242-1496;

3) <u>Citizens State Bank Whitney</u>:  Michael W. McDonald, Martin, Showers, Smith & McDonald, P.O. Box 257, 62 W. Elm, Hillsboro, TX 76645;

4) <u>DeBruce Feed Ingredients, Inc.</u>:  Jeff P. Prostok, Forshey & Prostok, LLP, 777 Main St., Suite 1290, Ft. Worth, TX 76102;

5) <u>Deer Creek Feeding, LLC</u>:  John F. Massouh, Sprouse Shrader Smith, P.C., 701 S. Taylor, Suite 500, Box 15008, Amarillo, TX 79101;

6) <u>Dimmitt Flaking LP</u>:  Jeff P. Prostok, Forshey & Prostok, LLP, 777 Main St., Suite 1290, Ft. Worth, TX 76102;

7) <u>Fort Worth Independent School District</u>:  Brandon Scot Pierce, Brackett & Ellis, PC, 100 Main St., Fort Worth, TX 76102;

8) <u>Russell W. King</u>:  Tracy L. King, King Law Offices, P.C., 19211 S. US HWY 377, Dublin, TX 76446;

9) <u>Lone Star, FLCA</u>:  Stephanie Elaine Kaiser, McGinnis, Lochridge & Kilgore, L.L.P., 600 Congress Ave., Ste. 2100, Austin, TX 78701;

10) <u>Lone Star, PCA</u>:  Stephanie Elaine Kaiser, McGinnis, Lochridge & Kilgore, L.L.P., 600 Congress Ave., Ste. 2100, Austin, TX 78701;

11) <u>Micobe, Inc.</u>:  John A. Montez, Montez, Williams & Baird, 3809 W. Waco Dr., Waco, TX 76710;

12) <u>O & B Farms, Inc.</u>:  John A. Montez, Montez, Williams & Baird, 3809 W. Waco Dr., Waco, TX 76710;

13) <u>Rita Blanca Electric Cooperative, Inc.</u>:  Patrick Alan Swindell, Swindell & Associates, P.C., 6850 Manhattan Blvd., Suite 250, Ft. Worth, TX 76120;

14) <u>Stephenville Independent School District</u>:  Laurie Spindler Huffman, Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan St., Suite 1600, Dallas, TX 75201;

15) <u>Wells Fargo Bank</u>:  Lawrence Chek, Palmer & Manuel, LLP, 8350 N. Central Expressway, Suite 1111, Campbell Centre I, Dallas, TX 75206; and

16) <u>Whitney Independent School District</u>:  Elizabeth Banda Calvo, Perdue, Brandon, Fielder, Collins & Mott, P.O. Box 13430, Arlington, TX 76094-0430.

          /s/ Josh C. Allen
    JOSH C. ALLEN