B6A (Official Form 6A) (12/07)

In re   **Klaas Talsma**                                      Case No.   **10-43790-DML-11**
                                                                        (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Mobile home and land (Baltazar House) 90 HCR 1250, Whitney, TX 76692, more fully described as all that certain lot, tract or parcel of land containing 1.5 acres lying and situated in the W B Caldwell Survey, A-184, in Hill county, Texas. Said land is a part of that certain 33 acre Second Tract described in a Deed from J.B. McInnish to Roy Rea McKnight as recorded in Volume 492, Page 353, of the Deed Records of Hill County, Texas. This property is being sold to Isabelle and Louis Baltazar under a lease/purchase agreement. | Fee Simple | - | $44,000.00 | $35,330.80 |
| Martin Muniz House 1205 N. Dale Avenue, Stephenville, TX 76401  This property was sold to Martin & Blanca Muniz on December 21, 2009 for $114,000.  The payments for the first lien note to GMAC Mortgage are taken out of Mr. Blanca's paycheck and made by the Debtor to GMAC Mortgage since the loan is in the name of Klaas Talsma. | Fee Simple | - | $123,000.00 | $101,077.11 |
| Homestead 2574 CR 211, Hico, TX 76457 - house and 200 acres out of the N.P. Browning Survey, Abstract No. 53, the John N. Reed Tract 9502004, the NP Browning Tract No. 9507001, the Murphee William Tract 9507001, the NP Browning Tract 2 house MHS (Klaas Talsma) (Hank DeBoer), Tract 9507001021, the NP Browning Tract 9501002 | Fee Simple | - | $1,000,000.00 | $0.00 |
| Klaas Talsma Dairy - Land 145.257 A0644 Reed John N; Tract 9507002 aka 1900 CR 540, Hico, TX 76457 | Fee Simple | - | $291,460.00 | $89,358.38 |
| Klaas Talsma Dairy - Land 35.680 A0801 Vance Wm L B; Lot B, Tract 9502003 | Fee Simple | - | $75,020.00 | $1,007,911.18 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Klaas Talsma**                                      Case No.  __10-43790-DML-11___

                                                                     (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Klaas Talsma Dairy - Land 51.680 A)799 Villneuf gilbert; Tract 9502003 aka CR 209, Hico, TX | Fee Simple | - | $93,020.00 | $1,007,911.18 |
| Klaas Talsma Dairy - Pivot field and truck scales 213.320 A0053 Browning NP, STG & Scales; Tract 9503006004 aka 0 CR 211, Hico, TX 76475. | Fee Simple | - | $455,050.00 | $58,476.64 |
| 701 9th Street, Hico Lots 1 and 2, Block 26, Cox-Weaver Addition to the Town of Hico, Hamilton County, Texas. | Fee Simple | - | $50,000.00 | $0.00 |
| 2401 N. Main St. (New Isis Theater) Lot 1 and the South 12.5 feet of Lot 2, block 20, M.G. Ellis Addition to the City of Fort Worth, according to the plat recorded in Volume 63, Pages 18, 19, 20, Plat Records, Tarrant County, Texas.  The valuation comes from Tarrant Appraisal District. | Fee Simple | - | $528,342.00 | $2,626,016.95 |
| Klaas Talsma Dairy - Dairy facility and land 110.180 A0644, Reed John N; Dairy; animal shades, tanks; Tract 9503007 aka 3618 CR 540, Hico, TX 76457 | Fee Simple | - | $1,384,260.00 | $1,007,911.18 |
| Rental property House and 1 acre, A0644 John N Reed Survey, Tract 9507002 aka 1900 CR 540, Hico, TX 76457 | Fee Simple | - | $47,110.00 | $0.00 |
| Alliance Grain Company McCauley  Subdivision, Tract 9611005140, McCauley A-637 TR 3 13.295 acres, State Hiway 171, Bynum TX 76631 | Fee Simple | - | $46,670.00 | $0.00 |
| 90 acres Lot 12, Block 5, Abst: GH&H GH&H Block 5, Section 12 out of N/2, Hartley, Texas - Dairy site. | Fee Simple | - | $3,877,120.00 | $10,148,553.14 |

In re **Klaas Talsma**          Case No. **10-43790-DML-11**
                                        (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 2*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| There are dairy fixtures and equipment attached to the dairy facility. The fixtures and equipment have a value of approximately $155,880 and are included in the value of the property.<br><br>This property is titled in Klaas Talsma's name but should actually be in the name of Frisia West, LLC.<br><br>5 acres<br>Lot 5, Block 5, Abst: GH&H GH&H Block 5, Section 5, Hartley, Texas Mobile home site. | Fee Simple | - | $67,920.00 | $10,148,553.14 |
| This property is titled in Klaas Talsma's name but should actually be in the name of Frisia West, LLC.<br><br>320 acres<br>Lot 12, Block 1, Abst: Waco Mfg. Co, Block 1, Section 12, Hartley, TX | Fee Simple | - | $329,000.00 | $10,148,553.14 |
| This property is titled in Klaas Talsma's name but should actually be in the name of Frisia West, LLC.<br><br>240 acres<br>Lot 12, Block 5, Abst: GH&H GH&H Block 5, Section 12 N/2, Hartley, Texas | Fee Simple | - | $100,780.00 | $10,148,553.14 |
| This property is titled in Klaas Talsma's name but should actually be in the name of Frisia West, LLC.<br><br>310 acres<br>Lot 12, Block 5, Abst GH&H GH&H Block 5, Section 12 N/2, Hartley, TX | Fee Simple | - | $317,750.00 | $10,148,553.14 |
| This property is titled in Klaas Talsma's name but should actually be in the name of Frisia West, LLC.<br><br>635 acres<br>Lot 5, Block 5, Abst: GH&H GH&H Block 5, Section 5 | Fee Simple | - | $657,930.00 | $10,148,553.14 |
| | | **Total:** | **$9,488,432.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Klaas Talsma**                                    Case No.  **10-43790-DML-11**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Bank, Checking Account #xxxxxx8338 | - | $1,654.60 |
| | | Texas Bank, Stephenville, Checking Account #xxxx8083 | - | $1,089.52 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods, supplies and furnishings, audio and visual equipment, appliances, computer, miscellaneous hand and garden tools and equipment, etc. | - | $6,900.00 |
| | | John Deere Lawn Mower | - | $1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures and decorative items | - | $1,000.00 |
| 6. Wearing apparel. | | Clothing and personal effects | - | $1,000.00 |
| 7. Furs and jewelry. | | Watch and cuff links | - | $75.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Winchester 120 shotgun - $250<br>Vanguard 243 rifle - $250<br>Fishing pole and tackle box - $75 | - | $575.00 |

In re  **Klaas Talsma**                                    Case No.  **10-43790-DML-11**
                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | American Fidelity Life Insurance - term policy<br>Farm Bureau Life Insurance - term policy<br>Genworth Life and Annuity - term policy<br>Reassure Life Insurance - term policy | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 80% interest in Frisia Hartley, LLC which owns 75% interest in Dutch Express, LLC. | - | $0.00 |
| | | 80% interest in Frisia West, LLC | - | $0.00 |
| | | 100% interest in Frisia Farms, Inc. | - | $0.00 |
| | | 100% interest in Talsma Dairy (aka Klaas Talsma Dairy) | - | $0.00 |
| | | 20% interest in Frisia Feeder Producers | - | $0.00 |
| | | 20% interest in Frisian Investors, BV which is the sole shareholder of Pro Frizon SRL | - | $0.00 |
| | | 50% interest in New Isis, LLC | - | $0.00 |

In re  **Klaas Talsma**                          Case No.   **10-43790-DML-11**
                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 25% interest in Alliance Grain Cooperative | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Account receivable from Frisia West | - | $12,171,164.00 |
| | | Account receivable from Two Sisters Dairy | - | $556,852.06 |
| | | Accounts receivable from employees: Alfredo Angeles - $550.00 Ismael Olvera - $1,768.00 Mario R. Valdez - $1,600.00 Hugo E. Ruiz - $200.00 Santos A. Rodriquez - $600.00 Martin Muniz - $32,116.79 Blanca Herrera - $678.34 | - | $37,513.13 |
| | | Account receivable from Souleyman Ba, Wendoukosam, Linguere, Senegal This account receivable is currently uncollectible. | - | $50,000.00 |
| | | Account receivable from Select Milk Producers, Inc. | - | $300,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re  **Klaas Talsma**                                    Case No.    **10-43790-DML-11**
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Claim against Mac Danielson for undelivered feed. | - | $30,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Dairy permit - non transferable | - | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chevrolet Silverado | - | $29,755.00 |
| | | 2006 Ford F-150 Dairy Truck | - | $2,400.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Klaas Talsma**                                    Case No.  __10-43790-DML-11__
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1993 Ford (Alan Burney Welder/EquipmentTruck) | - | $1,000.00 |
| | | 2008 Chevrolet Silverado Pickup | - | $20,000.00 |
| | | 2006 Ford F250 | - | $8,000.00 |
| | | 2001 Pontiac Sedan | - | $500.00 |
| | | 2002 Honda Civic Coupe | - | $2,000.00 |
| | | 1992 Ford Pickup Truck | - | $500.00 |
| 26. Boats, motors, and accessories. | | Tahoe Motorboat TX 1055jk | - | $11,000.00 |
| 27. Aircraft and accessories. | | Pegasus A444PEG powershute | - | $11,000.00 |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | New Holland PT Forage Harvester Crop Chopper | - | $7,000.00 |
| | | Tandem Disc | - | $2,000.00 |
| | | Generator | - | $10,000.00 |
| | | Scales | - | $5,000.00 |
| | | Manure Spreader | - | $1,000.00 |
| | | JD Hx15 15' Rotary Cutter Shredder | - | $4,000.00 |
| | | Hard-Hose Reel Gun | - | $10,000.00 |
| | | JD 328 Skid Steer Loader | - | $10,000.00 |

In re  **Klaas Talsma**                                    Case No.   **10-43790-DML-11**
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | JD 7520 Tractor | - | $20,000.00 |
| | | 2007 Case IH Tractor MX 215 | - | $40,000.00 |
| | | Loewan M812 Truck w/4,500 gallon tank | - | $30,000.00 |
| | | 230 Calf Hutches | - | $50,000.00 |
| | | Case IH Maxxum 110 Tractor | - | $20,000.00 |
| | | Kubota L2800HST 4WD Tractor | - | $5,000.00 |
| | | Case IH Maxxum 115 Tractor | - | $20,000.00 |
| | | 2500 Gallon APM Tank | - | $30,000.00 |
| | | Vermeer 604M Baler | - | $12,000.00 |
| | | Vermeer TM800 Trailmower | - | $3,000.00 |
| | | Vermeer TM800 Trailmower | - | $3,300.00 |
| | | Vermeer TE170 Tedder | - | $2,000.00 |
| | | Vermeer WR220 Rake | - | $1,000.00 |
| | | Sand Wagon | - | $3,000.00 |
| | | Hay Slicer | - | $5,000.00 |
| | | Schuler 1050 Mixer | - | $20,000.00 |
| | | 14 Bale Hay Trailer | - | $7,000.00 |
| | | JD544J Loader | - | $80,000.00 |
| | | JD 544J Loader | - | $70,000.00 |

In re  **Klaas Talsma**                                    Case No.   **10-43790-DML-11**

                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | | Coastal hay bales - 600 tons @ $80 per ton | - | $48,000.00 |
| | | Alfalfa hay bales - 200 tons @ $185 per ton | - | $37,000.00 |
| | | Coastal silage - 800 tons @ $35 per ton | - | $28,000.00 |
| 35. Other personal property of any kind not already listed.  Itemize. | | Oil and gas lease with Fortay Oil and Gas, P.O. Box 670, Sunray, Texas 79086 | - | Unknown |
| | | Employee housing located on  A0053 NP Browning Subdivision, NP Browning Tract 9505002003 aka CR211, Hico, TX 76457 | - | $18,810.00 |
| | | Mobile home for employee housing, located at 0 CR 209, Hico, TX 76457<br>All mobile homes owned by Debtor are of various makes and models and all are many years old.  They were on Debtor's property when he purchased it and could not be sold for more than the estimated value Debtor has put on each mobile home. | - | $3,660.00 |
| | | Mobile home for employee housing, located at 0 CR 209, Hico, TX 76457 | - | $3,800.00 |
| | | Mobile home for employee housing, 0 CR 209, Hico, TX 76457 | - | $1,260.00 |

In re  **Klaas Talsma**                                   Case No.   **10-43790-DML-11**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Mobile home for employee housing, 0 CR 209, Hico, TX 76457 | - | $3,270.00 |
| | | Mobile home for employee housing, 9 CR 209, Hico, TX 76457 | - | $12,000.00 |

_____7_____ continuation sheets attached          **Total >**   $13,871,578.31

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Klaas Talsma**                                         Case No.  __10-43790-DML-11__
                                                                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                           $146,450.*

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead 2574 CR 211, Hico, TX 76457 - house and 200 acres out of the N.P. Browning Survey, Abstract No. 53, the John N. Reed Tract 9502004, the NP Browning Tract No. 9507001, the Murphee William Tract 9507001, the NP Browning Tract 2 house MHS (Klaas Talsma) (Hank DeBoer), Tract 9507001021, the NP Browning Tract 9501002 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $1,000,000.00 | $1,000,000.00 |
| Household goods, supplies and furnishings, audio and visual equipment, appliances, computer, miscellaneous hand and garden tools and equipment, etc. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $6,900.00 | $6,900.00 |
| John Deere Lawn Mower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,500.00 | $1,500.00 |
| Books, pictures and decorative items | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 | $1,000.00 |
| Clothing and personal effects | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $1,000.00 | $1,000.00 |
| Watch and cuff links | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $75.00 | $75.00 |
| Winchester 120 shotgun - $250 Vanguard 243 rifle - $250 Fishing pole and tackle box - $75 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(7) | $575.00 | $575.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$1,011,050.00** | **$1,011,050.00** |

06/29/2010 04:33:24pm

In re  **Klaas Talsma**                                    Case No.  __10-43790-DML-11__
                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| American Fidelity Life Insurance - term policy Farm Bureau Life Insurance - term policy Genworth Life and Annuity - term policy Reassure Life Insurance - term policy | Tex. Ins. Code § 1108.051 | $0.00 | $0.00 |
| 2008 Chevrolet Silverado | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $29,755.00 |
| 2006 Ford F-150 Dairy Truck | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $2,400.00 | $2,400.00 |
| 1993 Ford (Alan Burney Welder/EquipmentTruck) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $1,000.00 | $1,000.00 |
| 2008 Chevrolet Silverado Pickup | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $20,000.00 | $20,000.00 |
| 2006 Ford F250 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $8,000.00 |
| 2002 Honda Civic Coupe | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $2,000.00 | $2,000.00 |
| 1992 Ford Pickup Truck | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $500.00 | $500.00 |
| New Holland PT Forage Harvester Crop Chopper | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $7,000.00 |
| Tandem Disc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $2,000.00 |
| Generator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $10,000.00 |
| Scales | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $5,000.00 |
| | | **$1,036,950.00** | **$1,098,705.00** |

B6C (Official Form 6C) (4/10) -- Cont.

06/29/2010 04:33:24pm

In re  **Klaas Talsma**                    Case No.   **10-43790-DML-11**
                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Manure Spreader | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $1,000.00 |
| JD Hx15 15' Rotary Cutter Shredder | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $4,000.00 |
| Hard-Hose Reel Gun | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $10,000.00 |
| JD 328 Skid Steer Loader | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $10,000.00 |
| JD 7520 Tractor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $20,000.00 |
| 2007 Case IH Tractor MX 215 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $40,000.00 |
| Loewan M812 Truck w/4,500 gallon tank | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $30,000.00 |
| 230 Calf Hutches | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $50,000.00 |
| Case IH Maxxum 110 Tractor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $20,000.00 |
| Kubota L2800HST 4WD Tractor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $5,000.00 |
| Case IH Maxxum 115 Tractor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $20,000.00 |
| 2500 Gallon APM Tank | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $30,000.00 |
| Vermeer 604M Baler | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $12,000.00 |
| | | **$1,036,950.00** | **$1,350,705.00** |

In re  **Klaas Talsma**

Case No.   **10-43790-DML-11**
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Vermeer TM800 Trailmower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $3,000.00 |
| Vermeer TM800 Trailmower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $3,300.00 |
| Vermeer TE170 Tedder | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $2,000.00 |
| Vermeer WR220 Rake | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $1,000.00 |
| Sand Wagon | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $3,000.00 |
| Hay Slicer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $5,000.00 |
| Schuler 1050 Mixer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $20,000.00 |
| 14 Bale Hay Trailer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $7,000.00 |
| JD544J Loader | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $80,000.00 |
| JD 544J Loader | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | $70,000.00 |
| | | $1,036,950.00 | $1,545,005.00 |

B6D (Official Form 6D) (12/07)

In re **Klaas Talsma**                                      Case No.   **10-43790-DML-11**
                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Betsy Price, Tax Assessor/Collector**<br>**PO Box 961018**<br>**Ft Worth, TX 76161-0018** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**2401 N. Main St.**<br>REMARKS:<br><br>VALUE:                          **$528,342.00** | | | | **Unknown** | **Unknown** |
| ACCT #: **xxxxxxxxx0812**<br><br>**Chase Automotive Finance**<br>**P.O. Box 78068**<br>**Phoenix, AZ 85062-8068** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2008 Chevrolet Silverado**<br>REMARKS:<br><br>VALUE:                          **$29,755.00** | | | | **$36,385.26** | **$6,630.26** |
| ACCT #: **xx-xxxxxx88-00**<br><br>**Citizens' State Bank**<br>**P.O. Box 577**<br>**Whitney, TX 76692** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note and Deed of Trust**<br>COLLATERAL:<br>**House**<br>REMARKS:<br><br>VALUE:                          **$44,000.00** | | | | **$35,330.80** | |
| ACCT #: **xxx4001**<br><br>**CNH Capital**<br>**P.O. Box 3600**<br>**Lancaster, PA 17604-3600** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2007 Case Magnum 215 Tractor**<br>REMARKS:<br><br>VALUE:                            **$0.00** | | | | **$29,200.47** | **$29,200.47** |

Subtotal (Total of this Page) >     **$100,916.53**     **$35,830.73**

Total (Use only on last page) >

_____5_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Klaas Talsma**

Case No. __10-43790-DML-11__
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxx-xxxx0001**<br><br>**CNH Capital America LLC**<br>**P.O. Box 3600**<br>**Lancaster, PA 17604-3600** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**New Holland PT Forage Harvester Crop Chopper**<br>REMARKS:<br><br>VALUE: **$7,000.00** | | | | $10,758.19 | $3,758.19 |
| ACCT #:<br><br>**Erath County Tax Assessor**<br>**320 W. College**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Tax**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br><br>VALUE: **$1,000,000.00** | | | | Unknown | Unknown |
| ACCT #: **xxxxxx3887**<br><br>**GMAC Mortgage**<br>**P.O. Box 79135**<br>**Phoenix, AZ 85062-9135** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note and Deed of Trust**<br>COLLATERAL:<br>**House**<br>REMARKS:<br><br>VALUE: **$123,000.00** | | | | $101,077.11 | |
| ACCT #:<br><br>**Hamilton County Appraisal Dist.**<br>**119 E. Henry**<br>**Hamilton, TX 76531** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**701 9th Street, Hico**<br>REMARKS:<br><br>VALUE: **$50,000.00** | | | | Unknown | Unknown |

Sheet no. ___1___ of ___5___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >   **$111,835.30**   **$3,758.19**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Klaas Talsma**

Case No.   **10-43790-DML-11**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx5045<br><br>**John Deere Credit**<br>**P.O. Box 650215**<br>**Dallas, TX 75265** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**John Deere 5441 Loader**<br>REMARKS:<br><br>VALUE: **$80,000.00** | | | | **$99,560.31** | **$19,560.31** |
| ACCT #:<br><br>**John Deere Credit**<br>**P.O. Box 650215**<br>**Dallas, TX 75265** | | - | DATE INCURRED: **2/2010**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**John Deere 544H Loader**<br>REMARKS:<br><br>VALUE: **$70,000.00** | | | | **$119,233.80** | **$49,233.80** |
| ACCT #: xx1693<br><br>**Lonestar FLCA**<br>**P.O. Box 1177**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note and Deed of Trust**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE: **$455,050.00** | | | | **$58,476.64** | |
| ACCT #: xx0092<br><br>**Lonestar FLCA**<br>**P.O. Box 1177**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note and Deed of Trust**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE: **$291,460.00** | | | | **$89,358.38** | |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >   **$366,629.13**   **$68,794.11**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Klaas Talsma**

Case No. __10-43790-DML-11__

(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx7866** <br><br> **Lonestar FLCA** <br> **P.O. Box 1177** <br> **Stephenville, TX 76401** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Note and Deed of Trust** <br> COLLATERAL: <br> **Real Property** <br> REMARKS: <br><br> VALUE: **$1,552,300.00** | | | | $539,532.16 | |
| ACCT #: **xx5059** <br><br> **Lonestar FLCA** <br> **P.O. Box 1177** <br> **Stephenville, TX 76401** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Note and Deed of Trust** <br> COLLATERAL: <br> **Real Property** <br> REMARKS: <br><br> VALUE: **$1,552,300.00** | | | | $468,379.02 | |
| ACCT #: **xx2179** <br><br> **Lonestar FLCA** <br> **P.O. Box 1177** <br> **Stephenville, TX 76401** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Note and Deed of Trust** <br> COLLATERAL: <br> **Real Property** <br> REMARKS: <br><br> VALUE: **$5,404,500.00** | | | | $4,164,126.62 | |
| ACCT #: **xx4969** <br><br> **Lonestar FLCA** <br> **P.O. Box 1177** <br> **Stephenville, TX 76401** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Note and Deed of Trust** <br> COLLATERAL: <br> **Real Property** <br> REMARKS: <br><br> VALUE: **$5,358,500.00** | | | | $513,205.43 | $463,212.05 |

Sheet no. ___3___ of ___5___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$5,685,243.23** | **$463,212.05**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Klaas Talsma**

Case No. __10-43790-DML-11__

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx6978**<br><br>**Lonestar FLCA**<br>**P.O. Box 1177**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note and Deed of Trust**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE: **$732,487.62** | | | | **$732,487.62** | |
| ACCT #: **xx6979**<br><br>**Lonestar FLCA**<br>**P.O. Box 1177**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note and Deed of Trust**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE: **$256,300.00** | | | | **$496,002.44** | **$389,702.44** |
| ACCT #: **xx3997**<br><br>**Lonestar FLCA**<br>**P.O. Box 1177**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note and Deed of Trust**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE: **$5,350,500.00** | | | | **$765,086.35** | **$765,086.35** |
| ACCT #: **xx7711**<br><br>**Lonestar FLCA**<br>**P.O. Box 1177**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Note and Deed of Trust**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE: **$5,510,500.00** | | | | **$4,706,134.74** | **$3,401,754.74** |

Sheet no. ___4___ of ___5___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$6,699,711.15** | **$4,556,543.53**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Klaas Talsma**

Case No.  __10-43790-DML-11__
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Wells Fargo Bank**<br>**1000 Lousiana, 4th Floor**<br>**Houston, TX 77002** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC-1**<br>COLLATERAL:<br>**Dairy Cows**<br>REMARKS:<br><br><br>VALUE:          **$941,342.00** | | | | **$2,626,016.95** | **$1,684,674.95** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____5____ of ____5____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$2,626,016.95**    **$1,684,674.95** |
| Total (Use only on last page) > | **$15,590,352.29**    **$6,812,813.56** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **Klaas Talsma**                                     Case No.    **10-43790-DML-11**
                                                                         (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____2_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Klaas Talsma**                                          Case No.   **10-43790-DML-11**
                                                                                (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**I.R.S. Special Procedures**<br>**Mail Code 5029 DAL**<br>**1100 Commerce Street**<br>**Dallas, TX 75242** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**I.R.S. Special Procedures**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets                    Subtotals (Totals of this page) >     | **$0.00** | **$0.00** | **$0.00** |
attached to Schedule of Creditors Holding Priority Claims

Total >
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

Totals >
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/10) - Cont.

In re **Klaas Talsma**                                                          Case No.  <u>10-43790-DML-11</u>
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Willemina De Boer**<br>**9710 County Road 209**<br>**Hico, TX 76457** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Domestic Support Obligation**<br>REMARKS: | | | | $2,015,000.00 | $2,015,000.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $2,015,000.00 | $2,015,000.00 | $0.00 |
|---|---|---|---|---|
| | Total > | $2,015,000.00 | | |
| **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | | | | |
| | Totals > | | $2,015,000.00 | $0.00 |
| **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | | | |

B6F (Official Form 6F) (12/07)

In re   **Klaas Talsma**                                Case No.   **10-43790-DML-11**
                                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **AAL Organic Matters** <br> **975 CR 356** <br> **Dublin, TX 76446** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $1,897.47 |
| ACCT #: **xxxxx6664** <br> **ACN Communications Services** <br> **1000 Progress Place** <br> **Concord, NC 28025** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $32.87 |
| ACCT #: <br> **Alfords Water Conditioning** <br> **P.O. Box 178** <br> **Stephenville, TX 76401** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $117.50 |
| ACCT #: <br> **Alliance Grain Cooperative, Inc.** <br> **P.O. Box 659** <br> **Hartley, TX 79044** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $57,164.58 |
| ACCT #: **xxxxxx3380** <br> **American Fideltity Assurance Co.** <br> **P.O. Box 268814** <br> **Oklahoma City, OK 73126-8814** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Insurance** <br> REMARKS: | | | | $934.60 |
| ACCT #: **xx.xx xiles** <br> **Andy's Mobile Tire Service** <br> **1380 N. Graham St.** <br> **Stephenville, TX 76401** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $1,120.14 |

Subtotal >  **$61,267.16**

**Total >**

_____**9**_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Klaas Talsma**                                        Case No.  **10-43790-DML-11**

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xxx-4815**<br>**AT&T**<br>**P.O. Box 8212**<br>**Aurora, IL 60572-8212** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Phone Service**<br>REMARKS: | | | | **$60.52** |
| ACCT #:  **xxxxxxxx7001**<br>**AT&T**<br>**P.O. Box 78522**<br>**Phoenix, AZ 85062-8522** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6.53** |
| ACCT #:  **xxxxx5166**<br>**AT&T**<br>**P.O. Box 6463**<br>**Carol Stream, IL 60197-6463** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Phone Service**<br>REMARKS: | | | | **$561.87** |
| ACCT #:  **9925**<br>**Auto Parts Company**<br>**1345 South Loop**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$512.67** |
| ACCT #:  **xxx-xxxx-xxxx-6377**<br>**Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285-1001** | | - | DATE INCURRED:  **Revolving**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$11,314.06** |
| ACCT #:  **xxxx1500**<br>**Barnes & McCullough**<br>**P.O. Box 330**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$973.46** |

Sheet no. ____1____ of ____9____ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$13,429.11**

Total >

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Klaas Talsma**                                              Case No.   **10-43790-DML-11**
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bay Farm, Inc.**<br>**580 Decker Dr., Ste 280**<br>**Irving, TX 75062** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $490,000.00 |
| ACCT #:  **x0121**<br>**Boucher Morgan & Young**<br>**P.O. Box 203**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Accounting**<br>REMARKS: | | | | $6,150.00 |
| ACCT #:<br>**Bradberry's Best**<br>**621 S. Patrick St.**<br>**Dublin, TX 76446** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $12,007.47 |
| ACCT #:  **2085**<br>**Bramlett Equipment, Inc.**<br>**P.O. Box 1197**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $728.12 |
| ACCT #:  **xxxx-xxxx-xxxx-5555**<br>**Capital One**<br>**P.O. Box 60024**<br>**City of Industry, CA 91716-0024** | | - | DATE INCURRED:  **Revolving**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $249.08 |
| ACCT #:<br>**Central State Alfalfa Corp**<br>**16910 Dallas Parkway, Ste 114**<br>**Dallas, TX 75248** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $22,644.45 |

Sheet no. ____**2**____ of ____**9**____ continuation sheets attached to          **Subtotal >**          $531,779.12
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Klaas Talsma**

Case No. **10-43790-DML-11**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xxx-5859<br>Century Link<br>P.O. Box 66068<br>Dallas, TX 75266-0068 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Internet**<br>REMARKS: | | | | $102.54 |
| ACCT #: xxx-xxx-8985<br>Century Link<br>P.O. Box 66068<br>Dallas, TX 75266-0068 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Internet**<br>REMARKS: | | | | $309.49 |
| ACCT #: xxxxxxxxxxxx4040<br>Citi Cards<br>PO Box 6415<br>The Lakes, NV 88901-4415 | | - | DATE INCURRED: **Revolving**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $44.92 |
| ACCT #:<br>Cole Refrigeration & Plumbing<br>P.O. Box 267<br>Hico, TX 76457 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $990.27 |
| ACCT #:<br>Commercial Lighting Company<br>P.O. Box 270651<br>Tampa, FL 33688 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,146.28 |
| ACCT #: xxxxxx xairy<br>County Services, Inc.<br>P.O. Box 1698<br>Plainview, TX 79073-1698 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $60.00 |

Sheet no. ___3___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$2,653.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Klaas Talsma**                                   Case No.   **10-43790-DML-11**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx0371**<br>**Dowell Ace Hardware**<br>**1492 W. South Loop**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $297.93 |
| ACCT #:  **xx0371**<br>**Dowell Water Well Service**<br>**1492 W. South Loop**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $808.44 |
| ACCT #:  **x-xxxx-xxx6811**<br>**Duncan Disposal-Brazos**<br>**P.O. Box 78829**<br>**Phoenix, AZ 85062-3026811** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Garbage Disposal**<br>REMARKS: | | | | $321.38 |
| ACCT #:<br>**Enviro-Ag Engineering, Inc.**<br>**3404 Airway Blvd.**<br>**Amarillo, TX 79118** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,670.00 |
| ACCT #:  **x4289**<br>**Farmers Propane**<br>**7161 S. US Hwy 377**<br>**Dublin, TX 76446** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,061.95 |
| ACCT #:<br>**Ferti-Tex LLC**<br>**1100 E. Central**<br>**Comanche, TX 76442** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,710.20 |

Sheet no. _____**4**_____ of _____**9**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$9,869.90**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Klaas Talsma**                                    Case No.    **10-43790-DML-11**
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Four Dairies**<br>**Route 1, Box 212B**<br>**Hico, TX 76457** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$200.00** |
| ACCT #:  **xxxxxx-xxxx2775**<br>**Genex Cooperative, Inc.**<br>**P.O. Box 469**<br>**Shawano, WI 54166-0469** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$3,238.53** |
| ACCT #:<br>**Gifford Livestock**<br>**2889 CR 456**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$5,500.00** |
| ACCT #:  **xx9460**<br>**Hendershot Equipment Co.**<br>**P.O. Box 653**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,956.56** |
| ACCT #:  **xxx00-00**<br>**Integrated Dairy Service, Inc.**<br>**P.O. Box 218**<br>**Dublin, TX 76446** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$9,947.39** |
| ACCT #:<br>**King Law Office, PC**<br>**P.O. Box 772**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$2,687.50** |

Sheet no. _____**5**_____ of _____**9**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$23,529.98**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Klaas Talsma**

Case No.   <u>**10-43790-DML-11**</u>
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**L.R. Forage Harvesting, LLC**<br>**P.O. Box 11**<br>**Energy, TX 76452** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $17,361.21 |
| ACCT #:  **x0142**<br>**Micobe Inc.**<br>**P.O. Box 534**<br>**Hamilton, TX 76531** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $62,822.97 |
| ACCT #:<br>**Milk Ranch, LLC**<br>**P.O. Box 126**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,080.00 |
| ACCT #:<br>**Mixer Center Stephenville, Inc.**<br>**990 East South Loop**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $537.53 |
| ACCT #:<br>**O & B Farms, Inc.**<br>**P.O. Box 227**<br>**Hamilton, TX 76531** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $110,035.20 |
| ACCT #:<br>**Prime Building Components, LLC**<br>**P.O. Box 269**<br>**Dublin, TX 76446** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $18.00 |

Sheet no. <u>6</u> of <u>9</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $194,854.91

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Klaas Talsma**                                              Case No.   **10-43790-DML-11**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Protocol Technologies**<br>**210 Lake Rd.**<br>**Bridgeport, TX 76426** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,842.59 |
| ACCT #:  **xx0118**<br>**Riggs Machine & Welding, Inc.**<br>**307 East Road**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $504.84 |
| ACCT #:  **xxxx/2008**<br>**Semex USA**<br>**2866 Agriculture Dr.**<br>**Madison, WE 53718-6790** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,180.00 |
| ACCT #:<br>**Sidney's Service and Repair**<br>**2030 County Road 231**<br>**Hico, TX 76457** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,284.42 |
| ACCT #:  **TA08**<br>**Silliker, Inc.**<br>**3155 Paysphere Circle**<br>**Chicago, IL 60674** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $31.60 |
| ACCT #:<br>**Smith Supply**<br>**1765 South Loop**<br>**Stepehnville, TX 76401t** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $59.85 |

Sheet no. ____7____ of ____9____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    $13,903.30

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Klaas Talsma**

Case No.   __10-43790-DML-11__

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx7932<br>**Stephen's Fuel Company**<br>**P.O. Box 45**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $9,382.33 |
| ACCT #:  x2431<br>**Stephenville New Holland**<br>**2798 W. Washington**<br>**Stephenville, tX 7401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $40.33 |
| ACCT #:  xxxx4890<br>**Texas Farm Bureau Ins. Co.**<br>**P.O. Box 2689**<br>**Waco, TX 76702-2689** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $38.50 |
| ACCT #:  115/0<br>**Trans Texas Tire**<br>**509 South Loop**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $410.03 |
| ACCT #:<br>**TriCounty Agribusiness Assoc.**<br>**P.O. Box 1887**<br>**Stephenville, TX 76401** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $100.00 |
| ACCT #:  xxx1305<br>**Unifeed Hi-Pro, Inc.**<br>**P.O. Box 850**<br>**Comanche, TX 76442** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $131,266.25 |

Sheet no. ____8____ of ____9____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$141,237.44**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Klaas Talsma**
Case No.   **10-43790-DML-11**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **United Cooperative Services** <br> P.O. Box 961079 <br> Fort Worth, TX 76161-0079 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Utilities** <br> REMARKS: | | | | $17,827.51 |
| ACCT #:  **xxxxx8Z01** <br> **Valley Agricultural Software** <br> 3950 South K St. <br> Tulare, CA 93274 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $159.00 |
| ACCT #:  **xxxx0-000** <br> **Veterinarian's Outlet,Inc.** <br> 975 N. Patrick <br> Dublin, TX 76446 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $55,050.90 |
| ACCT #:  **xx6871** <br> **Walco International, Inc.** <br> Central Accounting <br> P.O. Box 911423 <br> Dallas, TX 75391-1423 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $9,596.55 |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___9___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$82,633.96**

Total >   **$1,075,158.38**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Klaas Talsma**

Case No.  <u>**10-43790-DML-11**</u>
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Fortay Oil and Gas**<br>P.O. Box 670<br>Sunray, TX 79086 | Oil and gas lease on property located in Dalhart, TX<br>Contract to be ASSUMED |
| **Isabelle and Louis Baltazar**<br>190 HCR 1250<br>Whitney, TX 76692 | Lease purchase of 190 HCR 1250, Whitney, TX 76692<br>Contract to be ASSUMED |
| **Martin Muniz**<br>1205 N. Dale St.<br>Stephenville, TX 76401 | Debtor financed a house for Mr. Muniz.  The payments are being taken from Mr. Munz' salary each month so that Debtor can make the payments.  This is a lease/purchase of 1205 N. Dale St.<br>Contract to be ASSUMED |

06/29/2010 04:33:28pm

B6H (Official Form 6H) (12/07)

In re  **Klaas Talsma**

Case No.   **10-43790-DML-11**
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anneke Talsma**<br>2574 CR 211<br>Hico, TX 76457 | **Chase Automotive Finance**<br>P.O. Box 78068<br>Phoenix, AZ 85062-8068 |

B6I (Official Form 6I) (12/07)

In re **Klaas Talsma**    Case No.   __10-43790-DML-11__

(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Head of Family** | Relationship(s): | Daughter<br>Daughter<br>Daughter | Age(s): | Relationship(s):    Age(s): |

| **Employment:** | **Debtor** | **Spouse** |
|---|---|---|
| Occupation | Dariy Farmer | |
| Name of Employer | Self employed | |
| How Long Employed | 24 years | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $16,000.00 | |
| 2.  Estimate monthly overtime | | |
| 3.  SUBTOTAL | $16,000.00 | |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
|     b. Social Security Tax | $0.00 | |
|     c. Medicare | $0.00 | |
|     d. Insurance | $0.00 | |
|     e. Union dues | $0.00 | |
|     f. Retirement | $0.00 | |
|     g. Other (Specify) _____ | $0.00 | |
|     h. Other (Specify) _____ | $0.00 | |
|     i. Other (Specify) _____ | $0.00 | |
|     j. Other (Specify) _____ | $0.00 | |
|     k. Other (Specify) _____ | $0.00 | |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | $16,000.00 | |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.  Income from real property | $0.00 | |
| 9.  Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. Social security or government assistance (Specify): _____ | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
|     a._____ | $0.00 | |
|     b._____ | $0.00 | |
|     c._____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $16,000.00 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $16,000.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Klaas Talsma**

Case No.   <u>10-43790-DML-11</u>

(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>  a. Are real estate taxes included?   ☐ Yes   ☑ No<br>  b. Is property insurance included?   ☐ Yes   ☑ No | |
| 2. Utilities:   a. Electricity and heating fuel<br>          b. Water and sewer<br>          c. Telephone<br>          d. Other:   Cable and internet | $500.00<br><br>$300.00<br>$149.50 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | $200.00<br>$600.00<br>$200.00<br>$100.00<br>$200.00<br>$0.00<br>$200.00<br>$100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>          a. Homeowner's or renter's<br>          b. Life<br>          c. Health<br>          d. Auto<br>          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: Property taxes on homestead | $1,030.31 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>          a. Auto:<br>          b. Other:<br>          c. Other:<br>          d. Other: | |
| 14. Alimony, maintenance, and support paid to others:     Spousal Support<br>15. Payments for support of add'l dependents not living at your home:    College tuition<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:<br>17.b. Other: | $7,650.00<br>$4,500.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>  if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$15,729.81** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this<br>document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $16,000.00 |
| b. Average monthly expenses from Line 18 above | $15,729.81 |
| c. Monthly net income (a. minus b.) | $270.19 |

06/29/2010 04:33:28pm

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re   **Klaas Talsma**

Case No.   **10-43790-DML-11**

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | $9,488,432.00 | | |
| B - Personal Property | Yes | 8 | $13,871,578.31 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | $15,590,352.29 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $2,015,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $1,075,158.38 | |
| G - Exectory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $16,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $15,729.81 |
| TOTAL | | 38 | $23,360,010.31 | $18,680,510.67 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **Klaas Talsma**                                    Case No.    **10-43790-DML-11**

Chapter    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Klaas Talsma**                                                    Case No.   **10-43790-DML-11**
                                                                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**40**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **06/29/2010**_____          Signature  **/s/ Klaas Talsma**_____
                                                                                            **Klaas Talsma**

Date _____          Signature _____

                                                             [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*