Stephanie E. Kaiser
Texas Bar I.D. 24013633
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Tel. (817) 332-2500
Fax (817) 878-9280

*Attorneys for Lone Star, FLCA*
*and Lone Star, PCA*

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| KLAAS TALSMA | § | CASE NO. 10-43790-dml-11 |
| FRISIA HARLTEY, LLC and | § | CASE NO. 10-43791-dml-11 |
| FRISIA FARMS, INC., | § § | CASE NO. 10-43792-dml-11 |
| Debtor. | § § | (Jointly Administered) |

## AMENDED NOTICE OF APPEARANCE

Please take notice that the undersigned enters this Amended Notice of Appearance for Lone Star, FLCA and Lone Star, PCA, secured creditors and parties in interest in this case, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, requests that all notices required to be given in this case and all papers served, or required to be served, in this case, be given to and served upon the undersigned at the office, address, and telephone number set forth below.

Stephanie E. Kaiser
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:    (817) 332-2500
Facsimile:    (817) 878-9280
Email:    stephanie.kaiser@kellyhart.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this

Court in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone telegraph, telefax, telex, or otherwise.

Notwithstanding the aforementioned, please take note that the undersigned attorneys and law firm are not authorized by Lone Star, FLCA and Lone Star, PCA, to accept service of process on behalf of Lone Star, FLCA and Lone Star, PCA.

Respectfully Submitted,

*/s/ Stephanie E. Kaiser*
Stephanie E. Kaiser
Texas Bar I.D. 24013633
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas  76102
Telephone:     (817) 332-2500
Facsimile:     (817) 878-9280

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served this 1st day of September, 2010, on counsel for the parties via email, ECF, or U.S. First Class Mail, postage prepaid.

St. Clair Newborn, III
1701 River Run, Suite 1000
Fort Worth, TX  76107

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242-1496

*/s/ Stephanie E. Kaiser*